UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JUSTIN ALAN JONES,<br><br>　　　　　　Defendant. | No. CR-05-162-FVS-6<br><br>ORDER GRANTING MOTION TO<br>MODIFY CONDITIONS OF RELEASE |

　　BEFORE THE COURT is Defendant's Motion to Modify Conditions of Release filed October 1, 2006, and noted for October 23, 2006. This chambers was not made aware of the Motion and notification did not reach the undersigned until December 4, 2006, but it appears the Motion was timely served on the United States.

　　In the Motion, Defendant seeks permission to travel outside the district with his family. As there has been no objection by the United States, the Motion **(Ct. Rec. 385)** is **GRANTED;** provided, however, that Defendant, nevertheless, must seek permission from Probation Officer Anne Sauther prior to any travel. All other conditions of release remain in place.

　　**IT IS SO ORDERED.**

　　DATED December 4, 2006.

　　　　　　　　　　　　　S/ CYNTHIA IMBROGNO
　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE - 1