UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>JUSTIN JONES,<br><br>            Defendant. | No. CR-05-162-FVS-6<br><br>ORDER GRANTING MODIFICATION OF CONDITIONS OF RELEASE |

   **THIS MATTER** having come before the Court based upon the defendant Justin Jones' "Motion to Modify Conditions of Release"; Now, therefore

   **IT IS HEREBY ORDERED:**

   1. Defendant Justin Jones' "Motion to Modify Conditions of Release" (**Ct. Rec. 453**) is **granted**.

   2. Defendant Justin Jones may travel out of the Eastern District of Washington to the States of Idaho, Montana, and Oregon for the purpose of performing work for his business clients; provided, if he is going to be out of the district overnight he shall notify his United States Probation Officer.

   **IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

   **DATED** this ___2nd___ day of October, 2009.

                         s/ Fred Van Sickle
                         Fred Van Sickle
              Senior United States District Judge

ORDER - 1